I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 6/18/09

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
JUN 18 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN JERMAIN McDONALD,<br><br>         Petitioner,<br><br>    vs.<br><br>MIKE McDONALD, Warden,<br><br>         Respondent. | Case No. CV 08-8164-AHS (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: JUN 17 2009

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 18 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE